UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL INVESTMENT PTY, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ONESTONE CAPITAL, LLC,<br><br>　　　　　　　　　　　Defendant. | 1:23-cv-04487 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS Plaintiff obtained a Clerk's Certificate of Default against Defendant on July 5, 2023 and filed a Statement of Damages on August 18, 2023. ECF Nos. 15, 18.

IT IS HEREBY ORDERED that, by separate order today, the Court is referring this case to Magistrate Judge Cott for purposes of Plaintiff's anticipated motion(s) for default judgment and damages.

IT IS FURTHER ORDERED that Plaintiff shall promptly, and no later than **September 1, 2023**, serve this Order and the Order of Reference on Defendant and file proof of service on the docket.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for September 6, 2023 is adjourned.

Dated:　August 25, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge