UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL INVESTMENT PTY, LLC, a Florida limited liability company,<br><br>       Plaintiff,<br><br> v.<br><br>ONESTONE CAPITAL, LLC, a New York limited liability company,<br><br>       Defendant. | Case No. 1:23-cv-04487 (JLR) (JRC)<br><br>**DEFAULT JUDGMENT** |

  This action having been commenced by Plaintiff Capital Investment PTY, LLC, on May 30, 2023, with the filing of the Summons and Complaint, and Plaintiff having filed its First Amended Complaint on June 5, 2023, and a copy of the Summons and First Amended Complaint being served upon the Defendant Onestone Capital, LLC, on June 7, 2023, and proof of service having been filed on July 3, 2023; and said Defendant having failed to plead or otherwise defend the above-entitled action, and the time for answering the First Amended Complaint having expired, it is hereby:

  **ORDERED, ADJUDGED AND DECREED** that default judgment be entered against the Defendant Onestone Capital, LLC pursuant to Federal Rule of Civil Procedure 55(b). With respect to the Cash Advance Loan Agreement, as amended on October 31, 2020, Plaintiff Capital Investment PTY, LLC shall recover from the Defendant Onestone Capital, LLC: (i) $235,000 representing the unpaid principal; *plus* (ii) $20,890.49 representing the accrued unpaid interests from January 31, 2020, through October 31, 2020 (calculated at 10% *per annum* on the $250,000 principal balance); *plus* (iii) $68,117.85 representing the accrued unpaid interests from November 1, 2020 through September 25, 2023 (calculated at 10% *per annum* on the $235,000 principal

balance), amounting in all to **$324,008.34,** which shall accrue post-judgment interests as set forth in 28 U.S.C. § 1961(a).

SO ORDERED.

Dated: New York, New York

    October 24    , 2023

*Jennifer Rochon*
THE HONORABLE JENNIFER L. ROCHON
United States District Judge